Submitted on record and briefs October 30, convictions affirmed; remanded for resentencing November 27, 1991

STATE OF OREGON,
*Respondent,*

*v.*

JOHN WILLIAM MORTON,
*Appellant.*

(90C20584; CA A67303)

820 P2d 463

Richard F. Alway, and Winslow, Alway & Craig, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Michael M. Pacheco, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

## PER CURIAM

Defendant pled guilty to assault in the second degree and attempting to use a dangerous weapon. ORS 163.175; ORS 166.220. The court sentenced him on both convictions, the sentences to be served concurrently. The state concedes that the conviction for the attempt should have been merged with the conviction for assault and that only one sentence should have been imposed. We agree. *State v. Crotsley*, 308 Or 272, 779 P2d 600 (1989).

Convictions affirmed; remanded for resentencing.